# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

LONNELL DAMON DUCKETT

**WARRANT FOR ARREST**

CASE NUMBER: 06 - 488 - M - 01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest LONNELL DAMON DUCKETT
                                                    Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

See Attached Affidavit

**FILED**

DEC 0 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in violation of Title 18 United States Code, Section(s) §§ 1029 (a)(5) and 2.

Name of Issuing Officer: ALAN KAY, U.S. MAGISTRATE JUDGE

Title of Issuing Officer: ALAN KAY, U.S. MAGISTRATE JUDGE

Signature of Issuing Officer

Date and Location: NOV 27 2006   District of Columbia

Bail fixed at $ _____ by _____
                                        Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12/01/06 | D.L. BALDWIN DOUSM | |
| DATE OF ARREST | | |
| 12/01/06 | | |

1257368