## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Criminal No. 06-** |
| **v.** | : | **Magistrate No. 06-488-M-01** |
| | : | |
| **LONNELL D. DUCKETT,** | : | **VIOLATION:  18 U.S.C. § 1029(a)(5)** |
| | : | **(Access Device Fraud); and** |
| **Defendant.** | : | **§ 2 (Aiding and Abetting)** |

### INFORMATION

**The United States Attorney hereby informs the Court that:**

### COUNT ONE

Between on or about November 30, 2005, and on or about November 30, 2006, within the District of Columbia and elsewhere, LaDonna N. Gray, aided and abetted by defendant LONNELL D. DUCKETT, knowingly and with intent to defraud, effected transactions with access devices issued to other persons, that is, used wrongfully obtained credit card account numbers of others, to pay the District of Columbia Department of Motor Vehicles (hereinafter "DMV") for outstanding traffic and parking offense fines and television cable bills incurred by unrelated individuals, in return for half the amount owed to DMV and the cable company by those individuals, and by such conduct obtained something of value aggregating $1,000 or more during a one-year period, that is, paid off more than $1,000 owed to DMV and the cable company, such activity affecting interstate commerce

in that defendant's actions affected the business of a credit card company which company was

involved in interstate commerce.

**(Access Device Fraud, in violation of Title 18, United States Code,
Sections 1029(a)(5) and 2 (aiding and abetting))**

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
 D.C. Bar # 498610


By:     _____

DANIEL P. BUTLER
Assistant United States Attorney
D.C. Bar #417718
555 4th Street, N.W., Room 5231
Washington, D.C.  20530
(202) 353-9431
Daniel.Butler@USDOJ.Gov