AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**FILED**
JAN 31 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

Lonnell Duckett

WAIVER OF INDICTMENT

CASE NUMBER: 07-03 (CKK)
Magistrate No. 06-488-M-01

I, Lonnell Duckett, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on January 31, 2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer