UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | |
| vs. | : | CRIMINAL NO. 07-003 |
| | : | Judge Colleen Kollar-Kotelly |
| LONNELL D. DUCKETT | : | |
| Defendant | : | |

## ORDER

The probation office shall file its Presentence Report by no later than APRIL 13, 2007.

The parties shall file its Memorandum in Aid of sentencing by no later than APRIL 27, 2007 and it is further;

ORDERED that the defendant shall be sentence Courtroom #28A on the Sixth Floor on MAY 14, 2007 AT 9:00 A.M.

IT IS SO ORDERED,

Date: 3/8/07

_____
Colleen Kollar-Kotelly
United States District Judge

cc:   Chambers           Probation
      Files              Daniel Butler, AUSA
      Pretrial           Lara Quint, AFPD