UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

LIONELL D. DUCKETT,

Defendant.

Crim. Action No. 07-003 (CKK)

FILED

MAY 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

This case comes before the Court upon the receipt of a Report and Recommendation dated January 31, 2007, from Magistrate Judge Deborah Robinson. No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this _10th_ day of May, 2007, hereby

**ORDERED** that the Report and Recommendation is ADOPTED.

COLLEEN KOLLAR-KOTELLY
United States District Judge